UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAN GAO                                                          PETITIONER

VERSUS                              CIVIL ACTION NO. 5:26-cv-7-DCB-BWR

TODD LYON, *U.S. Immigration and*                          RESPONDENT
*Customs Enforcement (ICE)* et al.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte.* Petitioner Ran Gao filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking to be released from detention. At the time the Petition was filed, Petitioner was an immigration detainee. According to the United States Immigration and Customs Enforcement's ("ICE") Online Detainee Locator System, Petitioner is no longer in ICE custody.[1] Therefore, the Court directs the parties to respond to this Order addressing this matter.

IT IS THEREFORE ORDERED that, **on or before March 31, 2026**, the parties shall file a response to this Order addressing the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot. In the alternative, the parties may file a Rule 41 dismissal if appropriate.

SO ORDERED, this the 17th day of March 2026.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth."