IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAN GAO                                          PETITIONER

V.                          CIVIL ACTION NO. 5:26-cv-07-DCB-BWR

TODD LYON                                        RESPONDENTS
*U.S. Immigration and Customs
Enforcement (ICE)* et al.

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 12], which recommends that pro se Petitioner Ran Gao's 28 U.S.C. § 2241 Petition [ECF No. 1] be found MOOT and dismissed. The basis for this recommendation is that Petitioner Gao's request for release from U.S. Immigration and Customs Enforcement ("ICE") custody has already been satisfied, as he has been released, leaving no live case or controversy as required by Article III. [ECF No. 12] at 2. The Report was entered on April 6, 2026, and objections were due by April 20, 2026. No party has filed objections.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed pro se Petitioner Ran Gao's 28 U.S.C. § 2241 Petition, finds that the petition is MOOT, as Petitioner is no longer in the custody of ICE. Having considered the Report of Judge Rath, the Court adopts his findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 12] is hereby ADOPTED and Petitioner, Ran Gao's, 28 U.S.C. § 2241 Petition is DISMISSED.

SO ORDERED, this the 27th day of April, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE